FILED _____ ENTERED
LODGED _____ RECEIVED

MAY 24 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

**09-CV-01853-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH M. SPARKS, | Case No. 09-cv-1853-MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| D. GRANGER, et al., | |
| Defendants. | |

The Court, having reviewed Plaintiff's 42 U.S.C. § 1983 civil rights complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     This action is DISMISSED without prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

DATED this 24 day of _May_____, 2010.

_[signature]_

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL
PAGE - 1